JUDGE COTE

07 CIV 6777

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
KOREA LINE CORPORATION,                :    07 Civ. _____ (   )
                                       :
             Plaintiff,                :    ECF CASE
                                       :
      - against -                      :
                                       :
EVERSPEED ENTERPRISES LTD.             :
                                       :
             Defendant.                :
------------------------------------------------------X

RECEIVED
JUL 2 7 2007
U.S.D.C. S.D.N.Y.
CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents or U.S. companies that hold 10% or more of its stock: None.

Dated: July 27, 2007
       New York, NY

                          The Plaintiff,
                          KOREA LINE CORPORATION

                          By: _____
                          Kevin J. Lennon (KL-5072)
                          Charles E. Murphy (CM 2125)

                          LENNON, MURPHY & LENNON LLC
                          The GrayBar Building
                          420 Lexington Avenue, Suite 300
                          New York, NY 10170
                          (212) 490-6050 - phone
                          (212) 490-6070 - facsimile
                          kjl@lenmur.com
                          nrp@lenmur.com