LENNON, MURPHY & LENNON LLC
Attorneys for Plaintiff
KOREA LINE CORPORATION
Kevin J. Lennon (KL 5072)
Charles E. Murphy (CM 2125)
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 - phone
(212) 490-6070 - facsimile



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
KOREA LINE CORPORATION,           :    07 Civ. 6777 (DLC)
                                  :
                    Plaintiff,    :    ECF CASE
                                  :
      - against -                 :
                                  :
EVERSPEED ENTERPRISES LTD.,       :
                                  :
                    Defendant.    :
----------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

The attachment is hereby vacated and the garnishees are directed to release any and all of Defendant's funds restrained pursuant to the Ex Parte Order dated July 30, 2007 and Process of Maritime Attachment and Garnishment dated July 30, 2007 pursuant to instructions to be furnished by Defendant's attorneys, Burke & Parsons.

So ordered.

*[signature]*
August 24, 2007

Dated: August 23, 2007
      New York, NY

                              The Plaintiff,
                              KOREA LINE CORPORATION

                              By: _____
                              Kevin J. Lennon (KL 5072)
                              Lennon, Murphy & Lennon, LLC
                              The GrayBar Building
                              420 Lexington Ave., Suite 300
                              New York, NY 10170
                              (212) 490-6050 – phone
                              (212) 490-6070 – facsimile

SO ORDERED:

_____
  U.S.D.J.